Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates To:<br>*Tommy Taylor, et al. v. Pfizer Inc., et al*<br><br>**CASE NO. C-06-7437-CRB** | Case No. C-06-7437-CRB<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs, Saundra Taylor, Individually & as Representative of the Estate of Tommy Taylor, Deceased; Elizabeth Davis and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009

_____
Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

DATED: February 4, 2010

_____
Michelle W. Sadowsky
DLA PIPER LLP (US)

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE