1  
2  Austin W. Anderson
   WATTS LAW FIRM, LLP
3  2506 N. Port Avenue
   Corpus Christi, TX 78401
   1.800.301.2823
4  *Attorneys for Plaintiffs,*

5  

UNITED STATES DISTRICT COURT

6  

NORTHERN DISTRICT OF CALIFORNIA

7  

SAN FRANCISCO DIVISION

8  

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION**<br><br>This Document Relates To:<br>*Tommy Taylor, et al. v. Pfizer Inc., et al*<br><br>**CASE NO. C-06-7437-CRB** | Case No. C-06-7437-CRB<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs, Saundra Taylor, Individually & as Representative of the Estate of Tommy Taylor, Deceased; Elizabeth Davis and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009

*(signature)*

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

DATED: February 4, 2010

*(signature)*

Michelle W. Sadowsky
DLA PIPER LLP (US)

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 |  

                                                1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

                                                _____
**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**